IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMAX, INC. and WORKTOOLS, INC.,

    Plaintiffs,

v.

ACCO BRANDS CORP.

    Defendant.

Case No.: 1:16-cv-10695-NMG

## JOINT MOTION FOR A PROTECTIVE ORDER

Plaintiffs Amax, Inc. and WorkTools, Inc. ("Plaintiffs") and ACCO Brands Corp. ("Defendant"), by and through their undersigned counsel, hereby move to enter the Stipulated Protective Order, attached as <u>Exhibit A</u>.

| AMAX, INC. AND WORKTOOLS, INC. | ACCO BRANDS CORP. |
|---|---|
| By Their Attorneys, | By Its Attorneys, |
| /s/ *Christine K. Bush* | /s/ *Chad S.C. Stover* |
| Christine K. Bush (BBO No. 635381) | Chad S.C. Stover (*admitted pro hac vice*) |
| cbush@hinckleyallen.com | Chad.Stover@btlaw.com |
| HINCKLEY, ALLEN & SNYDER LLP | Barnes & Thornburg LLP |
| 100 Westminster Street, Suite 1500 | 1000 N. West Street, Suite 1500 |
| Providence, Rhode Island 0 2903 | Wilmington, DE  19801 |
| (401) 274-2000 Phone | (302) 300-3474 Phone |
| (401) 277-9600 Fax | |
| | |
| Jason C. Williams (BBO No. 691051) | Heather B. Repicky (BBO #663347) |
| jwilliams@hinckleyallen.com | hrepicky@nutter.com |
| HINCKLEY, ALLEN & SNYDER LLP | Nutter McClennen & Fish LLP |
| 28 State Street | Seaport West |
| Boston, Massachusetts  02109 | 155 Seaport Boulevard |
| (617) 345-9000 Phone | Boston, MA  02210 |
| (617) 345-9020 Fax | (617) 439-2000 Phone |

*Subject to the caveat stated on p. 14 of the protective order, motion allowed.* /s/ *NMGorton*, USDJ 9/13/17